UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT BRASSARD,

        Plaintiff,                          Case No. 1:12-CV-345

v.                                             HON. ROBERT HOLMES BELL

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

**ORDER APPROVING AND ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On August 7, 2014, Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R&R") (ECF No. 31) recommending that Plaintiff's Motion for Award of Attorney Fee Pursuant to 42 U.S.C. § 406(b) (ECF No. 28) be granted in part and denied in part. Plaintiff has filed a response agreeing with Magistrate Judge Carmody's recommendation. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the August 7, 2014, R&R (ECF No. 31) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Award of Attorney Fee (ECF No. 28) is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that Plaintiff's counsel is **AWARDED $6,755.66** in fees and costs.


Dated:  January 6, 2015                                     /s/ Robert Holmes Bell
                                                            ROBERT HOLMES BELL
                                                            UNITED STATES DISTRICT JUDGE